**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 10, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

CARRIE SCHMIDT, individually and as next friend of minors K. S. and P. S.,

Plaintiff - Appellee,

v.

BRIAN HUFF; GREG CHAPMAN; FRANK BELL; BEN BOOTHE,

Defendants - Appellants.

No. 25-3157
(D.C. No. 2:25-CV-02081-EFM-GEB)
(D. Kan.)

---

**ORDER**

---

Before **HARTZ**, **EID** and **ROSSMAN**, Circuit Judges.

---

Pursuant to Tenth Circuit Rule 33, this matter is referred to the Circuit Mediation Office for settlement proceedings. The Circuit Mediation Office will contact counsel with further instructions.

Entered for the Court

Per Curiam