**CIRCUIT MEDIATION OFFICE**
**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

August 11, 2026

Gregory P. Goheen, Esq.
McAnany, Van Cleave & Phillips, P.A.
10 East Cambridge Circle Drive
Kansas City, KS 66103

Linus L. Baker, Esq.
6732 West 185th Terrace
Stilwell, KS 66085

RE: No. 25-3157 – Carrie Schmidt v. Brian Huff, et al.

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case for **Monday, August 17, 2026 at 1:00 PM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict

Sincerely,

Denise McClure
Conference Administrator